UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>SALVADOR RAZO,<br><br>  Defendant. | Case No. 4-07-CR-88-BLW<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SALVADOR RAZO** |

The Government having been unable to locate Salvador Razo has moved to dismiss the case against him. Good cause appearing therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to dismiss (docket no. 410) is GRANTED and that this matter is DISMISSED WITHOUT PREJUDICE AS TO DEFENDANT SALVADOR RAZO.

DATED: October 24, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court